**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: FRIENDS OF MARCONI PLAZA,     :    No. 75 EM 2021
RICH CEDRONE AND JOSEPH Q.          :
MIRARCHI  FROM A DECISION OF:  THE    :
CITY OF PHILADELPHIA BOARD OF      :
LICENSE AND INSPECTION REVIEW     :
                                                 :
                                                 :
PETITION OF:  FRIENDS OF MARCONI    :
PLAZA, RICH CEDRONE AND JOSEPH Q   :
MIRARCHI                                         :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of February, 2022, the "Application to File Corrected" Petition for Review and the "Application for Leave to File a Response" are GRANTED, and the Petition for Review is DENIED.